IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES BROOKS,<br>    Petitioner, | )<br>)<br>) Civil Action No. 7:06cv00441<br>) |
| v. | ) **FINAL ORDER**<br>) |
| UNITED STATES OF AMERICA, et al.,<br>    Respondents. | ) By: Samuel G. Wilson<br>) United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 12th day of January, 2007.

United States District Judge